IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN MICHAEL STEINER,

    Appellant,

v.

STARFIRE, INC.,

    Appellee.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-223-wmc

This action came for consideration before the court with William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the bankruptcy court's judgment in favor of appellee Starfire is VACATED, and the case is remanded to the bankruptcy court for further factual findings consistent with this opinion; and the bankruptcy court's denial of appellant Steiner's post-judgment motion is AFFIRMED.

_____      _3/31/11_
Peter Oppeneer, Clerk of Court               Date